**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**STATESBORO DIVISION**

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor,, | |
| Plaintiff, | CIVIL ACTION NO. 14-cv-00053-BAE-GRS |
| v. | |
| BLAND FARMS PRODUCTION & PACKING, LLC, and DELBERT BLAND, an individual, , | |
| Defendants. | |

**DISCLOSURE STATEMENT**
**S.D. GA. LR 7.1.1**

The undersigned, counsel of record for Bland Farms Production & Packing, LLC and Delbert Bland certify that the following is a full and complete list of the parties in this action:

| Name | Identification & Relationship |
|---|---|
| Bland Farms Production & Packing, LLC | Defendant Limited Liability Corporation |
| Delbert C. Bland | Individual Defendant |

The undersigned further certifies that the following is a full and complete list of officers, directors, or trustees of the above-identified parties:

| Name | Identification & Relationship |
|---|---|
| Delbert C. Bland | President and Treasurer of Bland Farms Production & Packing, LLC |
| Jeffrey Bailey | Secretary of Bland Farms Production & Packing, LLC |

The undersigned further certifies that the following is a full and complete list of other persons, firms, partnerships, corporations, or organizations that have a financial interest in, or another interest which could be substantially affected by, the outcome of this case (including a relationship as a parent or holding company or any publicly-held corporation that holds 10% or more of a party's stock):

| Name | Identification, Relationship & Interests |
|------|------------------------------------------|
| Bland Farms, LLC | Related corporate entity of Defendant Bland Farms Production & Packing, LLC and employer of certain individuals on whose behalf the Plaintiff brings claims during the time period May 29, 2012 to July 7, 2012. |
| Unique Business Solutions | A contractor with Defendant Bland Farms Production & Packing, LLC, and previously a contractor with Bland Farms, LLC, regarding packing shed workers. |

Dated August 4, 2014

/s/ Bradley E. Strawn
Bradley E. Strawn
Georgia Bar No. 004419

LITTLER MENDELSON, P.C.
3344 Peachtree Road N.E.
Suite 1500
Atlanta, GA  30326.4803
404.233.0330

Attorneys for Defendants
BLAND FARMS PRODUCTION &
PACKING, LLC and DELBERT BLAND

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

|  |  |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor,, <br><br> Plaintiff, <br><br> v. <br><br> BLAND FARMS PRODUCTION & PACKING, LLC, and DELBERT BLAND, an individual, , <br><br> Defendants. | CIVIL ACTION NO. 14-cv-00053-BAE-GRS |

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of August, 2014, **DISCLOSURE STATEMENT S.D. Ga. LR 7.1.1** was filed electronically through the ECF system, is available for viewing and downloading from the ECF system and will be sent electronically to the registered participants identified on the Notice of Electronic Filings, including Plaintiff's counsel of record as follows:

Jean C. Abreu
M. Patricia Smith
Stanley E. Keen
Office of Solicitor
U.S. Department of Labor
61 Forsyth Street, S.W.
Room 7T10
Atlanta, GA  30303


*/s/ Bradley E. Strawn*
Bradley E. Strawn
Georgia Bar No. 004419

Firmwide:128231680.2 071645.1004

1