IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

R. ALEXANDER ACOSTA,
Secretary of Labor, United
States Department of Labor,

    Plaintiff,

    v.                                CV 614-053

BLAND FARMS PRODUCTION &
PACKING, LLC and
DELBERT BLAND,

    Defendants.

**O R D E R**

The Court held a bench trial in this case in February 2017, and issued its ruling on July 31, 2017. (See Doc. 109.) In its ruling, the Court instructed the parties to jointly calculate back wages for the 2015 and 2016 Vidalia onion seasons. (Id. at 25-26.) The parties then stipulated that the Court's ruling would also apply to the 2017 season and such stipulation was subsequently approved by the Court. (Docs. 112, 113.) The parties have now provided the Court with their joint calculation of back wages for the 2015, 2016, and 2017 seasons. (Doc. 118.) The Court therefore **ORDERS** as follows:

    1.    The Court's July 31, 2017, ruling (doc. 109) is formally **AMENDED** to include an award of back wages and

liquidated damages for the 2017 Vidalia onion season. Thus, in accordance with the Court's reasoning in its decision, Bland Farms shall pay back wages and liquidated damages for the 2017 Vidalia onion season.

2. The Clerk is instructed to **ENTER JUDGMENT** in favor of Plaintiff and against Defendant Bland Farms in the amount of $1,480,268.55, which represents the back wages and liquidated damages owed for the 2012, 2013, 2014, 2015, 2016, and 2017 Vidalia onion seasons.[1]

3. Finally, the Clerk is instructed to **TERMINATE** all motions and deadlines and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia this 2nd day of October, 2017.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] This figure consists of: (i) back wages totaling $552,070.86 for the 2012, 2013, and 2014 seasons; (ii) liquidated damages totaling $94,888.69 for the 2012, 2013, and 2014 seasons; (iii) back wages totaling $148,438.86 for the 2015 season; (iv) liquidated damages totaling $148,438.86 for the 2015 season; (v) back wages totaling $167,771.47 for the 2016 season; (vi) liquidated damages totaling $167,771.47 for the 2016 season; (vii) back wages totaling $100,444.17 for the 2017 season; and (viii) liquidated damages totaling $100,444.17 for the 2017 season.