AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Thomas E. Perez

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV614-53

Bland Farms Production & Packing, LLC , Delbert Bland

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated October 2, 2017, judgment is entered in favor of Plaintiff and against Defendant Bland Farms in the amount of $1,480,268.55, which represents the back wages and liquidated damages owed for the 2012, 2013, 2014, 2015, 2016 and 2017 Vidalia onion season.

October 2, 2017
*Date*

Scott L. Poff
*Clerk*

*(By) Deputy Clerk*

GAS Rev 10/1/03